IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEROME BELL

    v.      CIVIL ACTION NO. 02-3824

ROBERT MEYERS, ET AL.

### ORDER OF REPORT AND RECOMMENDATION

AND NOW, this ___ day of ____, ____, in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JACOB P. HART, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
BRUCE W. KAUFFMAN, J.

civrr